UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAC ESTRADA, | No. 2:13-cv-1350 CKD P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL STAINER, | |
| Respondents. | |

Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has consented to have all proceedings in this matter before a Untied States Magistrate Judge. See 28 U.S.C. § 636(c). On July 15, 2013, petitioner was ordered to file a request to proceed in forma pauperis or pay the appropriate filing fee within thirty days. Petitioner was warned that failure to do so would result in dismissal. The thirty day period has now expired, and petitioner has not responded to the court's July 15, 2013 order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: August 23, 2013

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
estr1350.fifp